Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC, | CASE NO. 8:21-cv-00367-WDK-JC |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| Eduardo Enrique Plasencia, et al., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN,** to this Honorable Court that the Plaintiff G & G Closed Circuit Events, LLC and Defendants Eduardo Enrique Plasencia, individually and d/b/a Keg Sluggers Sports Bar and Cloud 9 Sports Bar OC, Inc., an unknown business entity d/b/a Keg Sluggers Sports Bar have settled *all* claims between

themselves relative to the above-entitled action, and Plaintiff respectfully requests this Court take judicial notice of same.

Settlement documents, including a Stipulation of Dismissal, are being prepared and will be forwarded to counsel for Defendants Eduardo Enrique Plasencia and Cloud 9 Sports Bar OC, Inc. by Plaintiff's counsel, and Plaintiff's counsel will file the Stipulation of Dismissal with the Court on or before July 15, 2021.

**WHEREFORE,** the aforementioned parties respectfully request that all presently calendared deadlines and appearances as to Defendants Eduardo Enrique Plasencia and Cloud 9 Sports Bar OC, Inc. now be vacated.

Respectfully submitted,

Dated: June 4, 2021

_____
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

///

///

///

///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 4, 2021, I caused to serve the following documents entitled:

**NOTICE OF SETTLEMENT**

On all parties in said cause by mailing same to the defendant's counsel at the following address(es):

Paul H. Deese, Esquire
Joseph Anthony Carucci, Esquire
Taylor E. Hubbard, Esquire
**LS CARLSON LAW PC**
85 Enterprise, Suite 310
Aliso Viejo, CA 92656

(Attorneys for Defendants Eduardo Enrique Plasencia and Cloud 9 Sports Bar OC, Inc.)

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 4, 2021, at South Pasadena, California.

Dated: June 4, 2021

THOMAS P. RILEY