Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC | Case No. 8:21-cv-00367-WDK-JC |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| Eduardo Enrique Plasencia, et al, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN, that, Plaintiff voluntarily dismisses **with**

**prejudice** defendants Eduardo Enrique Plasencia, individually and d/b/a Keg Sluggers

Sports Bar and Cloud 9 Sports Bar OC, Inc., an unknown business entity d/b/a Keg

Sluggers Sports Bar from the instant action, and the action in its entirety.

///

///

///

///

///

1   Dated:    7/15/21

2                                   LAW OFFICES OF THOMAS P. RILEY, P.C.
3                                   By:  Thomas P. Riley
                                    Attorneys for Plaintiff
4                                   G & G CLOSED CIRCUIT EVENTS, LLC
5   ///

6   ///

7   ///

8   ///

9   ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

27  ///

28

## PROOF OF SERVICE

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 15, 2021, I caused to serve the following document entitled:

NOTICE OF VOLUNTARY DISMISSAL

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Joseph Anthony Carucci, Esquire          (Attorneys for Defendants
**LS CARLSON LAW, PC**                    Eduardo Enrique Plasencia &
85 Enterprise, Suite 310                  Cloud 9 Sports Bar OC, Inc.)
Aliso Viejo, CA 92656

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm) or picked up by the FedEx Carrier or taken to the FedEx box in South Pasadena, California.

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 15, 2021, at South Pasadena, California.

Dated: July 15, 2021

**THOMAS P. RILEY**